UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

JAMES TAYLOR,

                Plaintiff,

    v.                                                                  9:05-CV-1316

LT. LAWRENCE; SALLY BAXTER,
Nurse Administrator; and M. RELF, Captain,

                Defendants.
_____

APPEARANCES:                                        OF COUNSEL:

JAMES TAYLOR
259 Hagen Street
Buffalo, New York 14215
*Plaintiff, Pro Se*

HON. ANDREW M. CUOMO                    SENTA B. SIUDA, ESQ.
Attorney General for the                         Assistant Attorney General
State of New York
615 Erie Boulevard West
Suite 102
Syracuse, New York 13204-2455
*Attorney for Defendants*

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge David R. Homer, duly filed on the 12th day of May 2008. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Defendants' motion for summary judgment (Docket No. 18) is granted in all respects and the complaint is dismissed as to all claims and all defendants.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: June 4, 2008
Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge